# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GILEAD SCIENCES, INC. and <br> EMORY UNIVERSITY, <br>                 Plaintiffs, <br>     v. <br> LUPIN LIMITED, <br>                Defendant. | Civil Action No. 12-cv-6293 (RJS) <br><br> **NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Gilead Sciences, Inc. and Emory University.  I certify that I am admitted to practice in this court.

Dated: May 20, 2014

Respectfully submitted,

*/s/ David B. Bassett*

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8858
Fax: (212) 230-8888
E-mail: david.bassett@wilmerhale.com

## **CERTIFICATE OF SERVICE**

I, David B. Bassett, hereby certify that on May 20, 2014, a true and correct copy of the above document was served via ECF upon all the parties.

                                                */s/ David B. Bassett*

                                                David B. Bassett
                                                Wilmer Cutler Pickering Hale and Dorr LLP
                                                7 World Trade Center
                                                250 Greenwich Street
                                                New York, NY 10007
                                                Tel: (212) 230-8858
                                                Fax: (212) 230-8888
                                                E-mail: david.bassett@wilmerhale.com