BINGHAM

# MEMO ENDORSED

Philip L. Blum
Direct Phone: +1.212.705.7916
Direct Fax:     +1.212.702.3671
philip.blum@bingham.com

May 30, 2014

**VIA ECF**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2014
```

Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Gilead Sciences, Inc. et al. v. Lupin Ltd*, (12-cv-6293, -6294)
      *Gilead Sciences, Inc. et al. v. Cipla Ltd.*, (12-cv-6350, -6351)

Dear Judge Sullivan:

The parties jointly submit this letter regarding the above-captioned litigations.

Expert discovery is currently set to close on June 6, 2014. Due to several scheduling conflicts, the parties require the taking of several of the depositions after the current June 6 deadline. The parties have resolved several scheduling conflicts (and have taken or will take 19 different expert depositions before the pending expert discovery deadline). The parties have agreed to the following dates for expert depositions occurring after June 6, 2014:

- Dr. Daniel Armstrong (Expert for Cipla and Lupin) – June 13, 2014
- Dr. Thomas Pochapsky (Expert for Gilead and Emory) – June 19, 2014
- Dr. Paul Bartlett (Expert for Gilead and Emory) – June 25, 2014.

The deposition date for one additional expert, Dr. Ronald Borchardt (Expert for Gilead), remains under discussion, but will occur after the June 6 deadline.

The parties respectfully ask the Court's permission to take the expert depositions referenced in this letter beyond the June 6, 2014 deadline.

The parties do not anticipate the need to change the scheduling orders to accommodate these depositions.

Beijing
Boston
Frankfurt
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
399 Park Avenue
New York, NY
10022-4689

+1.212.705.7000
+1.212.752.5378
bingham.com

A/76194677.1

Honorable Richard J. Sullivan
May 30, 2014
Page 2

Respectfully Submitted,

Philip L. Blum

cc: Simon Roberts (Counsel for Gilead Sciences, Inc.) (via email)
Peter J. Curtin (Counsel for Cipla, Ltd.) (via e-mail)

SO ORDERED
Dated: 5/30/14

RICHARD J. SULLIVAN
U.S.D.J.