# Fitzpatrick

FITZPATRICK, CELLA, HARPER & SCINTO

PETER SHAPIRO
pshapiro@fchs.com
212-218-2201

www.fitzpatrickcella.com

NEW YORK
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2100
F 212-218-2200

June 9, 2014

VIA E-MAIL AND ECF

Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #: _____
DATE FILED: 6/10/2014
```

Re: *Gilead Sciences, Inc. et al. v. Lupin Ltd.*, (12-cv-6293)
    *Gilead Sciences, Inc. et al. v. Cipla Ltd.*, (12-cv-6350, -6351)

Dear Judge Sullivan:

Plaintiffs submit this letter in accordance with ¶ 12 of the Second Amended Case Management Plan and Scheduling Orders to request a post-discovery status conference (12-cv-6293 D.I. 46; 12-cv-6350 D.I. 45; 12-cv-6351 D.I. 56).

With the exception of four expert depositions, which were postponed by permission of the Court (12-cv-6293 D.I. 57; 12-cv-6350 D.I. 52; 12-cv-6351 D.I. 62), all discovery in these cases has been completed. The outstanding expert depositions are scheduled for June 13, June 19, and June 25, and one remains to be scheduled.

Respectfully,

Peter Shapiro

cc: Peter Curtin, Esq. (attorney for Defendant Lupin Ltd.) (by email)
    Chris Sorensen, Esq. (attorney for Defendant Cipla Ltd.) (by email)

IT IS HEREBY ORDERED THAT the parties in the above-captioned matters shall appear for a post-discovery conference on Thursday, July 17, 2014 at 3:00 p.m. Any party seeking to file a dispositive motion shall submit a pre-motion letter no later than June 27, 2014. Responses to pre-motion letters shall be filed no later than July 2, 2014.

SO ORDERED
Dated: 6/10/14
RICHARD J. SULLIVAN
U.S.D.J.

NEW YORK    WASHINGTON    CALIFORNIA