IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GILEAD SCIENCES, INC., and EMORY UNIVERSITY<br><br>                Plaintiffs,<br><br>  v.<br><br>LUPIN LIMITED,<br><br>                Defendant. | Case No.: 12-cv-6293 |

**NOTICE OF APPEARANCE OF NATALIE LIEBER**

TO THE CLERK OF COURT AND ALL COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for Plaintiffs, Gilead Sciences, Inc. and Emory University.

The undersigned hereby certifies that she is admitted to practice before this court.

                                                        Respectfully submitted,

Dated: June 10, 2014        By:  s/Natalie Lieber
                                           NATALIE LIEBER (NL 2481)
                                           Fitzpatrick, Cella, Harper & Scinto
                                           1290 Avenue of the Americas
                                           New York, NY 10104-3800
                                           Tel. (212) 218-2923
                                           Fax. (212) 218-2200
                                           nlieber@fchs.com