UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

GILEAD SCIENCES, INC. and
EMORY UNIVERSITY,    Plaintiff,

Case No. 12-cv-6293 (JRS)

-against-

LUPIN LIMITED    Defendant.
---------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Colleen Tracy_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CT8377          My State Bar Number is 2834380

I am,
[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Fitzpatrick Cella Harper & Scinto
             FIRM ADDRESS: 1290 Avenue of the Americas
             FIRM TELEPHONE NUMBER: 212-218-2100
             FIRM FAX NUMBER: 212-218-2200

NEW FIRM:    FIRM NAME: Mayer Brown LLP
             FIRM ADDRESS: 1675 Broadway
             FIRM TELEPHONE NUMBER: 212-506-2122
             FIRM FAX NUMBER: 212-849-5336

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: July 16, 2014

ATTORNEY'S SIGNATURE