IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2014
```

GILEAD SCIENCES, INC. and )
EMORY UNIVERSITY, )
 )
 )
              Plaintiffs, )
      v. )   Civil Action No. 12-cv-6293 (RJS)
 )
LUPIN LIMITED, )
 )
              Defendant. )
 )

## ~~[PROPOSED]~~ ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Vinita Ferrera for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of New York and Massachusetts, and that her contact information is as follows:

Vinita Ferrera
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6208
Fax: (617) 526-5000
Email: vinita.ferrera@wilmerhale.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Gilead Sciences, Inc. and Emory University in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July 17, 2014

Honorable Richard J. Sullivan
United States District Judge