IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2014
```

GILEAD SCIENCES, INC. and
EMORY UNIVERSITY,

        Plaintiffs,

v.

LUPIN LIMITED,

        Defendant.

Civil Action No. 12-cv-6293 (RJS)

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Kate Saxton for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of Massachusetts, and that her contact information is as follows:

> Kate Saxton
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA 02109
> Tel: (617) 526-6253
> Fax: (617) 526-5000
> Email: kate.saxton@wilmerhale.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Gilead Sciences, Inc. and Emory University in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July 17, 2014

Honorable Richard J. Sullivan
United States District Judge