```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GILEAD SCIENCES, INC., *et uno*,

                    Plaintiffs,

-v-

LUPIN LIMITED,

                    Defendant.

No. 12-cv-6293 (RJS)
No. 14-cv-5352 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      Trial in the case captioned *Gilead Sciences, Inc. v. Lupin Ltd.*, 12-cv-6293 (RJS), is currently scheduled to commence on December 8, 2014. Plaintiffs filed the Complaint in *Gilead Sciences, Inc. v. Lupin Ltd.*, 14-cv-5352 (RJS), on July 16, 2014. (No. 14-cv-5352, Doc. No. 1.) The Court is in receipt of a joint letter advising the Court that the two cases should be consolidated for trial, and that no modification of the trial schedule is needed. (No. 14-cv-5352, Doc. No. 8.)

      Accordingly, IT IS HEREBY ORDERED THAT:

(1) Counsel for Defendant shall file notices of appearance in 14-cv-5352 no later than August 7, 2014, and Defendant shall answer the Complaint in 14-cv-5352 no later than August 22, 2014;

(2) The cases captioned 12-cv-6293 and 14-cv-5352 shall be consolidated for purposes of trial, which shall commence on December 8, 2014;

(3) The parties' pre-trial submissions shall be submitted in accordance with the schedule set forth in the Court's July 17, 2014 Order (Doc. No. 66), and shall reflect the claims and defenses asserted in both 12-cv-6293 and 14-cv-5352.

SO ORDERED.

Dated:     August 6, 2014
             New York, New York

                                                    RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE