**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GILEAD SCIENCES, INC. and
EMORY UNIVERSITY,

Plaintiffs/Counterclaim Defendants,

v.

LUPIN LIMITED,

Defendants/Counterclaim Plaintiff.

Civil Action No. 12-cv-6293 (RJS) (AJP)

**ECF Case**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 8/14/2014

**ORDER ADMITTING**
**NICOLE E. KOPINSKI, ESQ. *PRO HAC VICE***

The motion of Nicole E. Kopinski, Esq. for admission to practice *pro hac vice* in the above-captioned action is **GRANTED.**

Ms. Kopinski has declared that she is a member of good standing of the bars of the States of Illinois and Minnesota as well as of the District of Columbia, and that her contact information is as follows:

Nicole E. Kopinski
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street
Chicago, IL 60654
Tel: (312) 222-5111
Fax: (312) 222-5112
nkopinski@rmmslegal.com.

Ms. Kopinski having requested admission *pro hac vice* to appear for all purposes as counsel to defendant/counterclaim plaintiff, Lupin Limited in the above-entitled action;

**IT IS HEREBY ORDERED** that Ms. Kopinski is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 8/14/14

[signature]
U.S.D.J.