WILMERHALE

September 16, 2014

**David B. Bassett**

+1 212 230 8858 (t)
+1 212 230 8888 (f)
david.bassett@wilmerhale.com

**VIA E-MAIL & ECF**

Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *Gilead Sciences, Inc. et al. v. Lupin Limited*, Civil Action No. 12-cv-6293-RJS

Dear Judge Sullivan:

We represent the Plaintiffs in the above-captioned lawsuit and write jointly on behalf of all of the parties to this lawsuit.

The parties have now reached a settlement, have reduced the agreement to a fully executed writing, and will submit it to the FTC and DOJ for review.  The parties respectfully request that the Court enter the Order on Stipulation for Dismissal attached as Exhibit A to this letter pursuant to the Settlement and License Agreement.

Very truly yours,

*/s/ David B. Bassett*

David B. Bassett


DBB:pfr